# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AVANTI SERVICES, INC., LEWIS PINCUS** and **GLOBAL HEALTH NETWORK, LLC,**
Appellants,

v.

**DAVID R. CAMPBELL** and **ROBIN DALE CAMPBELL,**
Appellees.

No. 4D17-736

[February 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 502005CA007853.

Lawrence Duffy, Palm Beach Gardens, for appellants.

Riley F. Kennedy of Adams | Coogler, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***